## 13725. PITTS *v.* THE STATE.

BROYLES, C. J. The special grounds of the motion for a new trial are merely elaborations of the general grounds; the verdict was amply authorized by the evidence, and the court did not err in refusing the grant of a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 25, 1922.

Indictment for manufacture of liquor; from Troup superior court — Judge Roop. May 22, 1922.

*L. L. Meadors,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.